UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 07-20718-CIV-MORENO

MAKETHA CLARK,

    Plaintiff,

vs.

MICHAEL J. ASTRUE, Comisioner of Social
Security,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

THE MATTER was referred to the Honorable Robert L. Dubé, United States Magistrate Judge for a Report and Recommendation on Plaintiff's Motion for Summary Judgment **(D.E. No. 15)**, filed on **August 6, 2007** and Defendant's Motion for Summary Judgment **(D.E. No. 19)**, filed on **September 18, 2007**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 20)** on **March 27, 2008**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Robert L. Dubé's Report and Recommendation **(D.E. No. 20)** on **March 27, 2008** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    Defendant's Motion for Summary Judgment is **GRANTED** and the decision of the

Commissioner of Social Security is **AFFIRMED** in this case; and

(2)   Plaintiff's Motion for Summary Judgment is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 28th day of April, 2008.

                                                                                           _____
                                                    FEDERICO A. MORENO
                                                    UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Robert L. Dubé

Counsel of Record