UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 07-20718-CIV-MORENO

MAKETHA CLARK,

    Plaintiff,

vs.

MICHAEL J. ASTRUE Commisioner of Social Security,

    Defendant.
_____/

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 56 and 58, and in accordance with the reasons stated in the Court's Order Adopting Magistrate's Report and Recommendation and Granting Defendant's Motion for Summary Judgment, judgment is entered in favor of the Defendant Michael J. Astrue and against Plaintiff Maketha Clark.  Further, it is

**ORDERED** that:

1. All other pending motions are **DENIED** as moot; and

2. This case is closed.

DONE AND ORDERED in Chambers at Miami, Florida, this 28th day of April, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record